April 18, 2008

Ms. D. Ann Comerio
Attorney at Law
The Lincoln Center
7800 IH-10 West, Suite 235
San Antonio, TX 78230
Mr. Alex M. Miller
Watts Law Firm, L.L.P.
300 Convent Street, Suite 100
San Antonio, TX 78205

RE: Case Number: 06-0717
 Court of Appeals Number: 04-05-00274-CV
 Trial Court Number: 2002-CI-16541

Style: REGENT CARE CENTER OF SAN ANTONIO II, LIMITED PARTNERSHIP D/B/A
 REGENT CARE CENTER OF OAKWELL FARMS AND RCCSA II, INC.
 v.
 BARBARA HARGRAVE, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF
 DOROTHY MONTGOMERY, AND VERNON LLOYD PIERCE, INDIVIDUALLY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |